UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00617-TWP-MPB |
| | ) | |
| IC SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 17, 2017, the Magistrate Judge submitted a Report and Recommendation recommending this case be dismissed without prejudice. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation and this matter is dismissed. Final judgment will issue in a separate entry.

Date: 9/11/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charity A. Olson
OLSON LAW GROUP
Charity.Olson@brockandscott.com

Dana J. Phillips
LEE FAIRMAN LLP
dphillips@nleelaw.com